102 A.3d 1253

Anthony SCOTT, Petitioner

v.

The COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Respondent.

No. 153 EM 2014.

Supreme Court of Pennsylvania.

Nov. 13, 2014.

### ORDER

PER CURIAM.

**AND NOW,** this 13th day of November, 2014, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.**

102 A.3d 1253

Malik Sabor ROSS, Petitioner

v.

Hon. Arnold L. NEW, Judge, Respondent.

No. 148 EM 2014.

Supreme Court of Pennsylvania.

Nov. 13, 2014.

### ORDER

PER CURIAM.

**AND NOW,** this 13th day of November, 2014, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.** The Prothonotary is **DIRECTED** to strike the name of the jurist from the caption.